### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **CAROLYN ROSIPKO,** | ) CASE NO. 1:12 CV 620 |
| **Plaintiff,** | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) Magistrate Judge Greg White |
| **Defendant.** | ) **MEMORANDUM OPINION AND ORDER** |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Greg White. (Docket #19.) On March 13, 2012, Plaintiff, Carolyn Rosipko, filed her Complaint (Docket #1) challenging the final decision of the Commissioner of Social Security denying her claim for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq.* Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge White.

On November 19, 2012, the Magistrate Judge issued his Report and Recommendation. (Docket #19.) The Magistrate Judge found the Commissioner's decision not to be supported by substantial evidence and, pursuant to 42 U.S.C. § 405(g) sentence four, recommends that the final decision of the Commissioner be vacated and the case be remanded for further proceedings.

December 3, 2012, the Government filed its Response to the Magistrate Judge's Report

and Recommendation, indicating the Government would not be filing objections to the Report and Recommendation. (Docket #20.)

### Standard of Review for a Magistrate Judge's Report and Recommendation

The applicable standard of review of a magistrate judge's report and recommendation depends upon whether objections were made to that report. When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case de novo. FED. R. CIV. P. 72(b) states:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

The text of Rule 72(b) addresses only the review of reports to which objections have been made; it does not indicate the appropriate standard of review for those reports to which no objections have been properly made. The Advisory Committee on Civil Rules commented on a district court's review of *unopposed* reports by magistrate judges. In regard to subsection (b) of Rule 72, the advisory committee stated: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted).

The U.S. Supreme Court stated in *Thomas v. Arn*, 474 U.S. 140, 150 (1985): "It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."

## Conclusion

The Court has carefully reviewed the Report and Recommendation and agrees with the findings set forth therein. The Report and Recommendation of Magistrate Judge White (Docket #19) is ADOPTED. The final decision of the Commissioner is VACATED and the case REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: March 18, 2013